**STATE of Missouri, Respondent,**

v.

**Jay MOTTLEY, Appellant.**

**No. WD 53177.**

Missouri Court of Appeals, Western District.

Feb. 10, 1998.

Andrew J. Schroeder, Asst. Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Catherine Chatman, Asst. Atty. Gen., Jefferson City, for Respondent.

Before BRECKENRIDGE, P.J., and LOWENSTEIN and SPINDEN, JJ.

## ORDER

PER CURIAM.

Jay Mottley appeals the circuit court's judgment convicting him of attempted rob-bery in the second degree. We affirm. Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Trevin Jay WINSLOW, Appellant.**

**No. WD 53313.**

Missouri Court of Appeals, Western District.

Feb. 10, 1998.

Gary K. Allen, Asst. Public Defender, Liberty, for Appellant.

Laura B. Donaldson, Asst. Pros. Atty., Buchanan County, St. Joseph, for Respondent.

Before ULRICH, C.J., P.J., and HOWARD and RIEDERER, JJ.

## ORDER

PER CURIAM.

Appeal from a conviction of driving while revoked, § 302.321, RSMo 1994.

Affirmed. Rule 30.25(b).